IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELTON BLAIZE, on behalf of himself and those similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SFI LOGISTICS, INC., Georgia Corporation, | ) ) ) |
| Defendant. | ) ) |

CASE NO.: 1:12-CV-03444-RLV

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elton Blaize stipulates to the dismissal with prejudice of all claims and causes of action asserted in this lawsuit against Defendant for any relief through and including the date of this Stipulation.

WHEREFORE, Plaintiff prays that his claims asserted in this suit be dismissed with prejudice as stated above, and that each party bear its own attorneys' fees and costs of court.

Respectfully submitted this 29th day of November, 2012.

- 2 -

| | |
|---|---|
| s/C. Ryan Morgan | s/J. Lewis Sapp |
| C. Ryan Morgan | J. Lewis Sapp |
| Pro Hac Vice | Georgia Bar No. 626300 |
| Morgan & Morgan, P.A. | Elarbee, Thompson, Sapp & Wilson, LLP |
| 20 N. Orange Ave., 14th Floor | 229 Peachtree Street, N.E. |
| Orlando, FL 32802-4979 | 800 International Tower |
| Telephone: 407-420-1414 | Atlanta, GA 30303 |
| rmorgan@forthepeople.com | Telephone: 404-659-6700 |
| | sapp@elarbeethompson.com |
| Attorney for Plaintiff | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELTON BLAIZE, on behalf of himself and those similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 1:12-CV-03444-RLV<br>) |
| SFI LOGISTICS, INC., Georgia Corporation, | )<br>)<br>) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2012, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

      C. Ryan Morgan
      Robert DeMetz

      s/J. Lewis Sapp
      J. Lewis Sapp
      Georgia Bar No. 626300

- 2 -

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
sapp@elarbeethompson.com

Attorney for Defendant SFI Logistics, Inc.

- 2 -